UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01746-SGL(OPx)                                            Date:  April 1, 2009

Title:   SERVICE EMPLOYEES INTERNATIONAL UNION, ET AL. *-v-* THE COUNTY OF RIVERSIDE, ET AL.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Cindy Sasse                                                       None Present
      Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                           None present

PROCEEDINGS:   **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (DOCKET #10); ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT REMOVING SEIU LOCAL 721 AS A NAMED PLAINTIFF; ORDER VACATING APRIL 6, 2009, HEARING**

     Presently before the Court is defendant's motion to dismiss "Plaintiff Service Employees International Union, Local 721 . . . on its own behalf and on behalf of its represented members as a party to this action, and specifically as to the Third Claim for Declaratory Relief  . . . on the grounds that SEIU is not a proper party in this action because individual employees, and not unions, are the only parties expressly authorized to bring suit for violations of the Fair Labor Standards Act." (Mot. Dismiss at 2).  Shortly thereafter plaintiffs counsel filed a statement of non-opposition to defendant's motion to dismiss, explaining that SEIU Local 721 "does not oppose defendant's motion to dismiss Local 721 on its own behalf and on behalf of its represented members, as a party to the action, and Local 721's third claim for declaratory relief."  Plaintiffs requested that they be given fifteen days to file an amended complaint removing Local 721 as a named plaintiff.

     In light of the agreement of counsel, the Court hereby **GRANTS** defendant's motion to dismiss and dismisses plaintiff SEIU, Local 721 as a party to the action.  The Court further **GRANTS** plaintiffs' request for leave to file an amended complaint, within fifteen days of this Order, removing Local 721 as a named Plaintiff.

ED CV 08-01746-SGL(OPx)
SERVICE EMPLOYEES INTERNATIONAL UNION, ET AL. v THE COUNTY OF RIVERSIDE, ET AL.
MINUTE ORDER of April 1, 2009

    Moreover, the Court **VACATES** the April 6, 2009, hearing on defendant's motion to dismiss.

    IT IS SO ORDERED.