# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRAYS, JACKIE NAPOLES, LISA TERRELL, PAMELA STONE, SUSAN BROWN, and those similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE COUNTY OF RIVERSIDE,<br><br>DEFENDANT(S). | **CASE NUMBER**<br>ED CV 08-01746 SGL (OPx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): THE COUNTY OF RIVERSIDE

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☒ SECOND amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Alan G. Crowley__, whose address is __Weinberg, Roger & Rosenfeld, 1001 Marina Village Pkwy, #200, Alameda, CA 94501__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**

Clerk, U.S. District Court

Dated: __APR 16 2009__    By: _____
(Deputy Clerk)

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)    SUMMONS    CCD-1A

```
JAMES RUTKOWSKI, SBN 081076
ALAN G. CROWLEY, SBN 203438
ANA M. GALLEGOS, SBN 251052
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK GRAYS, JACKIE NAPOLES, LISA TERRELL, PAMELA STONE, SUSAN BROWN, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF RIVERSIDE,<br><br>Defendant. | No. ED CV 08-01746 SGL (OPx)<br><br>**SECOND AMENDED COMPLAINT FOR WAGES, OVERTIME COMPENSATION, AND LIQUIDATED DAMAGES, UNDER THE FAIR LABOR STANDARDS ACT BY INDIVIDUALS AND ON BEHALF OF OTHER PERSONS SIMILARLY SITUATED**<br><br>[Pursuant to 29 U.S.C. § 201, et seq., and 28 U.S.C. § 2201)]<br><br>**DEMAND FOR JURY TRIAL** |

## I. INTRODUCTION

1. The above named plaintiffs, employees of the County of Riverside, bring this action on behalf of themselves and other similarly situated employees of defendants (herein "plaintiffs"), to recover straight time compensation, overtime compensation, liquidated damages, attorneys' fees, and costs under the provisions of

§§ 7 and 16(b) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 207 and 216(b)) (hereinafter referred to as "FLSA" or the "Act"). Plaintiff employees bring this action because commencing on or around September 2008, defendants employed plaintiffs, and hundreds of similarly situated employees, for a workweek longer than forty hours without paying compensation for their employment at a rate not less than one and one-half times their regular rates. Plaintiff employees bring this action to prevent defendants from improperly classifying plaintiffs as exempt professionals under § 13 (a) of the Act (29 U.S.C. § 213(a)), which is not pled as a separate cause of action because defendants have the burden of pleading and proving affirmative defenses. In addition, plaintiff employees bring this action to prevent defendants from paying plaintiff employees less than one and one-half times the FLSA "regular rate". (29 U.S.C. § 206(a)(1), (b), 29 C.F.R. 785.19, 778.108, 778.208) Plaintiffs employees seek liquidated damages in an amount equal to the compensatory damages as authorized by § 16(b) of the FLSA (29 U.S.C. § 216(b)). Plaintiff filed their original Complaint in this action on December 1, 2008.

## II.  JURY DEMAND

2.  Plaintiffs demand a jury trial.

## III.  JURISDICTION AND VENUE

3.  Jurisdiction of this action is conferred on this Court by § 16(b) of the FLSA (29 U.S.C. § 216(b)) and by the provisions of 28 U.S.C. § 1337, relating to "any civil action or proceeding arising under any Act of Congress regulating commerce." Venue lies within this district pursuant to 28 U.S.C. § 1391(b).

## IV.  PARTIES

4.  The named plaintiff employees are employed by the County of Riverside in one of three bargaining units represented by SEIU Local 721: professional, supervisory, or nurses. The additional persons who may become opt-in

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054

1 plaintiffs in this action are similarly situated in that they are currently, or have during
2 the last three (3) years, been in one of the same three bargaining units, and been
3 employed by Riverside County for a workweek longer than forty hours without
4 being compensated by defendants at a rate not less than one and one-half times their
5 regular rates.

6     5. On or about September 2008, Defendant ceased paying overtime to
7 several thousand County employees allegedly because said employees were exempt
8 from coverage under Section 13 of the FLSA. Plaintiffs, and the thousand of other
9 County employees who ceased to be paid one and one-half times their regular rate
10 for work in excess of forty hours in a workweek, belonged to either the supervisory,
11 professional, or nurse bargaining units. The classification and number of employees
12 affected are the following:

| | CLASS TITLE | TOTAL EES IN TITLE AFFECTED |
|---|---|---|
| 1. | ACCOUNTANT II | 43 |
| 2. | ACCOUNTING TECHNICIAN II | 1 |
| 3. | ADMIN SERVICES ANALYST I | 15 |
| 4. | ADMIN SERVICES ANALYST II | 117 |
| 5. | ADMIN SERVICES SUPV | 28 |
| 6. | ADMIN SVCS ANALYST II-WRMD | 1 |
| 7. | AG & STANDARDS INVESTIGATOR II | 5 |
| 8. | AG & STANDARDS INVESTIGATOR III | 5 |
| 9. | AG & STANDARDS INVESTIGATOR IV | 18 |
| 10. | ARCHIVIST/RECORDS ANALYST II | 1 |
| 11. | ASSISTANT ENGINEER | 12 |
| 12. | ASSISTANT ENGINEER –WRMD | 1 |
| 13. | ASSOC CIVIL ENGINEER | 22 |
| 14. | ASSOC ENG-AIR/WATER QLTY CONT-CONTROL | 1 |
| 15. | ASSOC ENG-AIR/WATER QLTY CONT-RE | 1 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054

| | | |
|---|---|---|
| 16. | ASSOC ENGINEER | 10 |
| 17. | ASSOC P.H. PROF ENG/GEOLOGIST | 1 |
| 18. | ASSOCIATES CIVIL ENGINEER-WRMD | 1 |
| 19. | ASSOCIATES ENGINEER-WRMD | 1 |
| 20. | ASST CHF OF RESP THERAPY | 1 |
| 21. | ASST PATIENT ACCOUNTS MANAGER | 1 |
| 22. | BUDGET/REIMBURSEMENT ANALYST | 3 |
| 23. | CA CHILDREN SVCS SUPERVISOR | 1 |
| 24. | CHA PROGRAM COORDINATOR I | 9 |
| 25. | CHA PROGRAM COORDINATOR II | 16 |
| 26. | CHAPLAIN | 3 |
| 27. | CHILD SUPPORT SVCS SUPV | 13 |
| 28. | CHILDREN'S SOCIAL SVC SUPV I | 7 |
| 29. | CHILDREN'S SOCIAL SVC SUPV II | 94 |
| 30. | CHILDREN'S SOCIAL SVC WORKER III | 135 |
| 31. | CHILDREN'S SOCIAL SVC WORKER IV | 64 |
| 32. | CHILDREN'S SOCIAL SVC WORKER V | 245 |
| 33. | CLINICAL PHARMACIST | 7 |
| 34. | CLINICAL THERAPIST I | 100 |
| 35. | CLINICAL THERAPIST I-BLYTHE | 2 |
| 36. | CLINICAL THERAPIST II | 111 |
| 37. | COMMUNITY PROGRAM SPECIALIST II | 12 |
| 38. | CONTRACTS AND GRANTS ANALYST | 1 |
| 39. | CONTRACTS AND SVCS OFFICER | 1 |
| 40. | DIETITIAN II | 4 |
| 41. | ECOLOGICAL RESOURCES SPEC II | 4 |
| 42. | ENV HEALTH SPEC II | 7 |
| 43. | ENV HEALTH SPEC II-DESERT | 3 |
| 44. | ENV HEALTH SPEC III | 34 |
| 45. | ENV HEALTH SPEC III – DESERT | 11 |
| 46. | ENV HEALTH SPEC IV | 12 |
| 47. | EQUIPMENT FLEET MANAGER | 1 |
| 48. | FIRE PROTECTION ENGINEER | 1 |
| 49. | FORENSIC PATHOLOGIST III | 3 |
| 50. | FORENSIC PATHOLOGIST IV | 1 |
| 51. | HAZARDOUS MTRLS MGMT SPEC II | 4 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

| | | |
|---|---|---:|
| 52. | HAZARDOUS MTRLS MGMT SPEC III | 14 |
| 53. | HAZARDOUS MTRLS MGMT SPEC IV | 5 |
| 54. | HEALTH CARE SOCIAL WORKER | 23 |
| 55. | HEALTH EDUCATOR | 5 |
| 56. | INSTITUTIONAL NURSE | 64 |
| 57. | IT APPS DEVELOPER II | 4 |
| 58. | IT APPS DEVELOPER III | 32 |
| 59. | IT BUSINESS SYS ANALYST II | 20 |
| 60. | IT BUSINESS SYS ANALYST III | 71 |
| 61. | IT COMMUNICATIONS ANALYST II | 6 |
| 62. | IT COMMUNICATIONS ANALYST III | 25 |
| 63. | IT DATABASE ADMIN II | 4 |
| 64. | IT DATABASE ADMIN III | 11 |
| 65. | IT NETWORK ADMIN II | 13 |
| 66. | IT NETWORK ADMIN III | 18 |
| 67. | IT NETWORK ADMIN III – WRMD | 1 |
| 68. | IT SUPV APPS DEVELOPER | 5 |
| 69. | IT SUPV BUSINESS SYS ANALYST | 25 |
| 70. | IT SUPV COMMUNICATIONS ANALYST | 5 |
| 71. | IT SUPV COMMUNICATIONS TECH | 3 |
| 72. | IT SUPV DATABASE ADMIN | 7 |
| 73. | IT SUPV NETWORK ADMIN | 3 |
| 74. | IT SUPV SYSTEMS ADMIN | 14 |
| 75. | IT SUPV WEB DEVELOPER | 1 |
| 76. | IT SYSTEMS ADMIN II | 28 |
| 77. | IT SYSTEMS ADMIN III | 35 |
| 78. | IT WEB DEVELOPER II | 3 |
| 79. | IT WEB DEVELOPER III | 1 |
| 80. | IT WEB DEVELOPER III – WRMD | 1 |
| 81. | JR ENGINEER | 9 |
| 82. | JR ENGINEER – WRMD | 1 |
| 83. | LIEUTENANT OF FIELD SERVICES | 4 |
| 84. | M.H. SERVICE SUPV-A | 43 |
| 85. | M.H. SERVICE SUPV-A-BLYTHE | 1 |
| 86. | M.H. SERVICE SUPV-B | 7 |
| 87. | MEDICAL SOCIAL WORKER I | 4 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

|   |   |   |
|---|---|---|
| 88. | MEDICAL SOCIAL WORKER II | 16 |
| 89. | NURSE INTERIM PERMITEE | 6 |
| 90. | NURSE PRACTITIONER II | 3 |
| 91. | NURSE PRACTITIONER III | 7 |
| 92. | NURSING EDUCATION INTRUCTOR | 5 |
| 93. | NUTRITIONIST | 20 |
| 94. | OCCUPATIONAL THERAPIST I | 2 |
| 95. | OCCUPATIONAL THERAPIST II | 19 |
| 96. | OFFICE ON AGING PROGRAM SPEC I | 4 |
| 97. | OFFICE ON AGING PROGRAM SPEC II | 4 |
| 98. | PHARMACIST | 4 |
| 99. | PHYSICAL THERAPIST I | 2 |
| 100. | PHYSICAL THERAPIST II | 17 |
| 101. | PHYSICIAN ASSISTANT III | 4 |
| 102. | PHYSICIAN II | 3 |
| 103. | PHYSICIAN III | 10 |
| 104. | PHYSICIAN III | 29 |
| 105. | PRE-HOSPITAL LIAISON NURSE | 1 |
| 106. | PRINCIPAL BUILDING INSPECTOR | 3 |
| 107. | PRINCIPAL DEVELOPMENT SPEC | 19 |
| 108. | PRINCIPAL ENG TECH-PLS/PE | 4 |
| 109. | PRINCIPAL PLANNER | 12 |
| 110. | PRINCIPAL REAL PROPERTY AGENT | 2 |
| 111. | PROVIDER RELATIONS SUPV | 1 |
| 112. | RADIO COMMUNICATIONS ENG I | 2 |
| 113. | RADIO COMMUNICATIONS ENG II | 2 |
| 114. | REGISTERED NURSE I | 78 |
| 115. | REGISTERED NURSE II | 120 |
| 116. | REGISTERED NURSE III | 312 |
| 117. | REGISTERED NURSE IV | 205 |
| 118. | REGISTERED NURSE V | 41 |
| 119. | RESEARCH ANALYST | 4 |
| 120. | RESEARCH SPECIALIST I | 14 |
| 121. | RESEARCH SPECIALIST II | 4 |
| 122. | SOCIAL SERVICES SUPV II | 9 |
| 123. | SOCIAL SVC WORKER I | 32 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

| | | |
|---|---|---|
| 124. | SOCIAL SVC WORKER II | 129 |
| 125. | SOCIAL SVC WORKER III | 19 |
| 126. | SOCIAL SVC WORKER IV | 13 |
| 127. | SOCIAL SVC WORKER V | 38 |
| 128. | SPEECH LANGUAGE PATHOLOGIST | 2 |
| 129. | SR ACCOUNTANT | 52 |
| 130. | SR AUDITOR/APPRAISER | 6 |
| 131. | SR CIVIL ENGINEER | 21 |
| 132. | SR CLINICAL LAB SCIENTIST | 5 |
| 133. | SR CLINICAL PHARMACIST | 2 |
| 134. | SR CLINICAL PSYCHOLOGIST | 12 |
| 135. | SR ENVIRONMENTAL PLANNER | 1 |
| 136. | SR HEALTH EDUCATOR | 1 |
| 137. | SR INSTITUTIONAL NURSE | 8 |
| 138. | SR INTERNAL AUDITOR | 10 |
| 139. | SR LAND SURVEYER | 4 |
| 140. | SR NUTRITIONIST | 14 |
| 141. | SR P.H. PROF ENG/GEOLOGIST | 1 |
| 142. | SR PHARMACIST | 5 |
| 143. | SR THERAPIST | 10 |
| 144. | SR TRAINING OFFICER | 1 |
| 145. | STAFF DEVELOPMENT OFFICER | 8 |
| 146. | SUBDIVISION ENGINEER | 1 |
| 147. | SUPV ACCOUNTANT | 27 |
| 148. | SUPV AG & STANDARDS INVEST I | 3 |
| 149. | SUPV AG & STANDARDS INVEST II | 2 |
| 150. | SUPV APPRAISER | 15 |
| 151. | SUPV CLINIC SITE NURSE | 4 |
| 152. | SUPV DEPUTY PUBLIC ADMIN | 1 |
| 153. | SUPV DEPUTY PUBLIC GUARDIAN | 2 |
| 154. | SUPV DIETITION | 1 |
| 155. | SUPV ENV HEALTH SPEC | 11 |
| 156. | SUPV ENV HEALTH SPEC –DESERT | 3 |
| 157. | SUPV HAZ MAT MGMT SPECIALIST | 4 |
| 158. | SUPV LAND SURVEYER | 4 |
| 159. | SUPV NUTRITIONIST | 8 |

| 160. | SUPV OCCUPATIONAL THERAPIST | 1 |
|---|---|---|
| 161. | SUPV PUBLIC DEFENDER INVEST | 5 |
| 162. | SUPV REAL PROPERTY AGENT | 4 |
| 163. | SUPV RESEARCH SPECIALIST | 2 |
| 164. | SUPV THERAPIST | 8 |
| 165. | SYSTEMS ACCOUNTANT II | 4 |
| 166. | TRAINING OFFICER | 10 |
| 167. | URBAN/REGIONAL PLANNER II | 4 |
| 168. | URBAN/REGIONAL PLANNER III | 8 |
| 169. | URBAN/REGIONAL PLANNER IV | 9 |
| 170. | URBAN/REGIONAL PLANNER IV –WRMD | 1 |
| 171. | WASTE MANAGEMENT PROJECT SUPERVISOR | 1 |
|  | **TOTAL** | **3236** |

6. This action is brought by plaintiffs for and on behalf of themselves, individually, and those similarly situated, pursuant to § 16(b) of the FLSA (29 U.S.C. § 216(b)). Each plaintiff employee has consented in writing to become a party to this action and such Consents are herein filed with the Court as **Exhibit A**. As additional persons consent in writing to become plaintiffs in this action, such Consents will be filed with this Court.

7. Defendant, County of Riverside, is the employer of the plaintiffs, employees herein. The County of Riverside is a political entity created pursuant to the laws of the State of California and an employer and public agency within the meaning of § 3(d) of the FLSA (29 U.S.C. § 203(d) and § 3(x) of the FLSA (29 U.S.C. § 203(x)).

8. At all relevant times herein, defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of §§ 3(r) and (s) of the FLSA (29 U.S.C. §§ 203(r)(s)).

9. As a result of the foregoing violations of § 6 and § 7 of the FLSA, and the applicable regulations of the Department of Labor by defendants, there is now a sum due and owing in an amount which has not yet been determined by plaintiffs.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 8 -

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054

1  The employment and work records for each plaintiff employee and potential opt-in
2  plaintiff are in the exclusive possession, custody and control of defendants, and
3  plaintiffs are unable to state at this time the exact amounts owing to each of them.
4  Defendants are under a duty imposed by § 11(c) of the FLSA (29 U.S.C. § 211(c),
5  and the regulations of the DOL to maintain and preserve payroll and other
6  employment records, hard and electronic copies, with respect to plaintiffs and other
7  employees similarly situated from which the amounts of defendants' liability can be
8  ascertained.

    10.    Defendants knew or should have known the requirements of the minimum wage and maximum hours provisions of the Act. Defendants' failure to investigate the requirements of the Act, or if defendants investigated defendants' failure to follow the results of the investigation bars the defense that defendants' failure was in good faith. Further, this failure to investigate and/or failure to follow the results of the investigation constitutes willfulness under 29 U.S.C. § 216(b). As a result of the foregoing alleged violations of § 6 and § 7 of the FLSA, plaintiffs are entitled to liquidated damages, costs and attorneys' fees, and to an extension of the statutes of limitation to three years because of the willfulness and bad faith of the defendants in continuing to deny plaintiffs overtime compensation in compliance with the FLSA.

### V.     FIRST CAUSE OF ACTION – FAILURE TO PAY OVERTIME

    11.    Plaintiffs refer to the allegations set forth in paragraphs 1 through 10 above, and hereby incorporate the same as though fully set forth herein at length.

    12.    This is an action to recover back wages and liquidated damages for defendants' continuing violation of §§ 6 and 7 of the Act by failing to pay plaintiffs, and potentially thousands of other employees, at a rate of not less than one and one-half their regular rate when they were employed for a workweek of longer than forty hours as required by § 7(a) of the Act, 29 U.S.C. § 207(a).

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 9 -

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)    114333/527054

13. Plaintiffs work a varying schedule of twelve (12) hour days and eight (8) hour days during an eighty (80) hour two calendar week pay period. During the three years prior to the filing of the consents herein and continuing to the present time, defendants suffered or permitted plaintiffs to work in excess of forty hours per workweek in a pay period without compensating plaintiffs at time and one-half their regular rate for time worked after a workweek longer than forty hours. 29 U.S.C. § 207(j).

14. Defendants failure and refusal to properly compensate plaintiffs pursuant to § 7(a) is contrary to the provisions of §§ 6 and 7 of the Act (29 U.S.C. § 206 and 207). By these actions, defendants willfully and in bad faith failed and refused to pay plaintiffs time and one-half the regular rate of pay for the hours worked in excess of forthy hours in a workweek, contrary to the provisions of § 7(a) of the Act, 29 U.S.C. § 207(a).

## VI. SECOND CAUSE OF ACTION – FAILURE TO PAY "REGULAR RATE"

15. Plaintiffs refer to the allegations set forth in Paragraph 1 through 14 above, and hereby incorporate the same as though fully set forth herein at length.

16. This is also an action to stop defendants from violating § 7(a) of the FLSA, 29 U.S.C. § 207(a) and DOL Regulations 29 C.F.R. 778.108 and 778.208, et seq. by failing to compensate plaintiffs and others similarly situated for work in excess of eight hours in a day and eighty hours in a pay period at rates less than one and one-half times the FLSA "regular rates" at which they were employed, contrary to the provisions of § 6(a) , § 7(a) of the FLSA, and DOL Regulations 29 C.F.R. 778.108 and 778.208, et seq. When calculating plaintiffs' overtime pay, Defendants failed to pay time and one-half the regular rate because Defendants did not include in the "regular rate" calculation additional amounts paid during the work week, including, but not limited to, premium pay such as night shift differentials. 29 CFR 778.103 et seq.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 10 -

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054

17. During the three years prior to filing of the consents herein and continuing to the present time, defendants and each of them willfully and in bad faith failed and refused to pay plaintiffs and others similarly situated, and each of them, time and one-half their "regular rate" of pay for the time worked in excess of forty hours in a workweek, contrary to the provisions of § 7(a) and 7(j) of the FLSA.

18. As a result of the foregoing alleged violations of §§ 6 and 7 of the FLSA, plaintiffs are entitled to liquidated damages, costs and attorneys fees and to an extension of the statute of limitations to three years because of the willfulness and bad faith of defendants in failing and refusing to properly compensate plaintiffs.

## VII. PRAYER FOR RELIEF

WHEREFORE, the plaintiffs, on their own behalf, and on behalf of others similarly situated, pray that this Court:

a. Order a complete and accurate accounting of all back pay due and owing to which the plaintiffs are entitled;

b. Award plaintiffs and all others who have suffered losses by virtue of defendants unlawful conduct such monetary damages, in the form of back pay compensation, liquidated damages equal to their unpaid compensation, together with interest thereon for the statutory period of three (3) years sufficient to restore them to the position in which they would be but for the unlawful conduct;

c. Award plaintiffs their reasonable attorneys' fees to be paid by defendants and the costs and disbursements of this action;

////
////
////
////

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1      d.    Grant such other and further relief as the Court may deem just and
2  proper.

3      Dated this 16th day of April, 2009

5                          Respectfully submitted,

6                          WEINBERG, ROGER & ROSENFELD
                          A Professional Corporation

8                          By: _____
                             ALAN G. CROWLEY
9                               ANA GALLEGOS
                             Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## CONSENT TO BECOME PARTY PLAINTIFF

*SEIU Local 721, Mark Grays, \_\_\_\_, et al. v. Riverside County, Riverside County Regional Medical Center, et al.,*

United States District Court, Central District of California

1. I hereby consent and agree to pursue my claims against Defendants arising out of federal wage and hour laws in the lawsuit referenced above.

2. I understand and acknowledge that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to secure unpaid overtime, liquidated damages, declaratory relief, attorney's fees, costs, and other relief arising out of my employment with the Defendants. I hereby consent, agree, and opt-in to become party plaintiff and to be bound by any settlement of this action or adjudication by the Court.

3. I hereby designate the Plaintiffs' attorneys to represent me in the suit.

Dated: 11/19, 2008

By: _____
Signature

_____
Print Name

11/25/2008

EXHIBIT A

## CONSENT TO BECOME PARTY PLAINTIFF

*SEIU Local 721, Mark Grays, ____, et al. v. Riverside County, Riverside County Regional Medical Center, et al.,*

United States District Court, Central District of California

1. I hereby consent and agree to pursue my claims against Defendants arising out of federal wage and hour laws in the lawsuit referenced above.

2. I understand and acknowledge that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to secure unpaid overtime, liquidated damages, declaratory relief, attorney's fees, costs, and other relief arising out of my employment with the Defendants. I hereby consent, agree, and opt-in to become party plaintiff and to be bound by any settlement of this action or adjudication by the Court.

3. I hereby designate the Plaintiffs' attorneys to represent me in the suit.

Dated: 11/25, 2008

By: _____
Signature

JACKIE NABOLES, RN
Print Name

## CONSENT TO BECOME PARTY PLAINTIFF

*SEIU Local 721, Mark Grays, \_\_\_\_, et al. v. Riverside County, Riverside County Regional Medical Center, et al.,*

United States District Court, Central District of California

1. I hereby consent and agree to pursue my claims against Defendants arising out of federal wage and hour laws in the lawsuit referenced above.

2. I understand and acknowledge that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to secure unpaid overtime, liquidated damages, declaratory relief, attorney's fees, costs, and other relief arising out of my employment with the Defendants. I hereby consent, agree, and opt-in to become party plaintiff and to be bound by any settlement of this action or adjudication by the Court.

3. I hereby designate the Plaintiffs' attorneys to represent me in the suit.

Dated: Nov 18, 2008

By: _____
Signature

_____
Print Name: Lisa A. Terrell

11/26/2008

## CONSENT TO BECOME PARTY PLAINTIFF

*SEIU Local 721, Mark Grays, Lisa Terrell, Jackie Napoles, et al. v. Riverside County, Riverside County Regional Medical Center, et al.,*

United States District Court, Central District of California

1. I hereby consent and agree to pursue my claims against Defendants arising out of federal wage and hour laws in the lawsuit referenced above.

2. I understand and acknowledge that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to secure unpaid overtime, liquidated damages, declaratory relief, attorney's fees, costs, and other relief arising out of my employment with the Defendants. I hereby consent, agree, and opt-in to become party plaintiff and to be bound by any settlement of this action or adjudication by the Court.

3. I hereby designate the Plaintiffs' attorneys to represent me in the suit.

Dated: 3 , 2008

By: _____
Signature

_____
Print Name

## CONSENT TO BECOME PARTY PLAINTIFF

*SEIU Local 721, Mark Grays, Lisa Terrell, Jackie Napoles, et al. v. Riverside County, Riverside County Regional Medical Center, et al.,*

United States District Court, Central District of California

1. I hereby consent and agree to pursue my claims against Defendants arising out of federal wage and hour laws in the lawsuit referenced above.

2. I understand and acknowledge that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to secure unpaid overtime, liquidated damages, declaratory relief, attorney's fees, costs, and other relief arising out of my employment with the Defendants. I hereby consent, agree, and opt-in to become party plaintiff and to be bound by any settlement of this action or adjudication by the Court.

3. I hereby designate the Plaintiffs' attorneys to represent me in the suit.

Dated: 12/18, 2008

By: *[signature: Susan L. Brown]*
Signature

SUSAN L. BROWN
Print Name

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

Marveline Carrell, declare under penalty of perjury that the following is true and correct:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

On April 16, 2009, I served the foregoing document(s) described as *Second Amended Complaint For Wages, Overtime Compensation, And Liquidated Damages, Under The Fair Labor Standards Act By Individuals And On Behalf Of Other Persons Similarly Situated* on the interested parties in this action and by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Laura J. Kalty<br>Liebert Cassidy Whitmore<br>6033 W. Century Blvd., Suite 500<br>Los Angeles, CA 90045 | E-mail: lkalty@lcwlegal.com<br>Fax No. (310) 337-0837 |
| Brian P. Walter<br>Liebert Cassidy Whitemore<br>6033 W. Century Blvd., Suite 500<br>Los Angeles, CA 90045 | E-Mail: bwalter@lcwlegal.com<br>Fax No. (310) 337-0837 |

[X]  **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and Processing of correspondence for mailing. Under the practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Alameda, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]  **(BY E-MAIL)** I served the document(s) described above on the interested parties by causing copies thereof to be sent electronically to each person as

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 13 -

SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054

1   indicated.
2   [ ]   **(BY FACSIMILE)** Fax No  _see above_  .
3   [X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar
4   of this court at whose direction the service was made.
5   Executed on April 16, 2009, at Alameda, California.

                                    _/s/ M. Carrell_
                                    Marveline Carrell

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 14 -
SECOND AMENDED COMPLAINT, Case No. ED CV 08-01746 SGL (OPx)

114333/527054